UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

BOSQUE RANCH HEADQUARTERS, LLC,

    Plaintiff,

v.

CODE OF THE WEST, LLC, et al.,

    Defendants.

No. 6:23-CV-070-H

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case with prejudice. Dkt. No. 9. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action with prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorney's fees.

So ordered on December 20, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE